Everett W. Jack, Jr.
Steven P. Caplow
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email:  jacke@dwt.com
          stevencaplow@dwt.com

Judge Rosanna Malouf Peterson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF RICHLAND, a Washington municipal corporation; GUARANTEE INSURANCE COMPANY,<br><br>              Defendants. | No.  4:17-cv-05200-RMP<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR THE TRAVELERS INDEMNITY COMPANY** |

Plaintiff The Travelers Indemnity Company files this disclosure statement pursuant to Rule 7.1.

The Travelers Indemnity Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc.  Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp.  Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc., which is publicly held.

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
TRAVELERS—1
(NO. 4:17-cv-05200-RMP)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1     DATED this 1st day of December, 2017.

**Davis Wright Tremaine LLP**
Attorneys for Plaintiff The Travelers Indemnity Company

By *s/ Everett W. Jack, Jr.*
    Everett W. Jack, Jr, WSBA No. 47076
    Steven P. Caplow, WSBA No. 19843

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email:  jacke@dwt.com
        stevencaplow@dwt.com

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
TRAVELERS—2
(NO. 4:17-cv-05200-RMP)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 1st day of December, 2017.

                                  Davis Wright Tremaine LLP
                                  Attorneys for Plaintiff The Travelers
                                  Indemnity Company

                                  By  *s/ Steven P. Caplow*
                                        Steven P. Caplow, WSBA #19843

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
TRAVELERS—3
(NO. 4:17-cv-05200-RMP)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4831-7546-1975v.1 0023566-000115